IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

HEATHER GUMP,

    Plaintiff,

v.                                        Civil Action No. 5:18-cv-112

DOLGENCORP, LLC,

    Defendants.

## AGREED DISMISSAL ORDER

COME NOW, the parties, by and through their respective undersigned counsel, and hereby advise the Court that the parties agreed to a settlement in this matter during the settlement conference conducted by the Court on October 10, 2019. The parties hereby move the Court for an order dismissing all claims with prejudice asserted by the Plaintiff in her complaint against the Defendant, Dolgencorp, LLC.

Perceiving no objection thereto it is hereby **ORDERED** that the Complaint and causes of action of the Plaintiff are hereby **DISMISSED WITH PREJUIDCE** and this action shall be removed from the docket of the Court.

The Clerk is hereby directed to send a certified copy of this Order to all parties of record.

**ENTERED** this 1st day of November, 2019.


                                          /s/ Irene M. Keeley
                                          IRENE M. KEELEY
                                          UNITED STATES DISTRICT JUDGE

**AGREED TO AND SUBMITTED BY:**

| | |
|---|---|
| */s/ James R. Leach* | */s/ Matthew C. Schrebe* |
| James R. Leach, (#6923) | Matthew C. Schrebe (#11972) |
| Jim Leach, L.D. | Cipriani & Werner, P.C. |
| 34 Bickel Mansion Drive | 1144 Market St., Suite 300 |
| Parkersburg, WV 26101 | Wheeling, WV 26003 |
| P: 304-865-8560 | P: 304-232-3600 |
| jim@jrleach.com /vicki@jrleach.com | mschrebe@c-wlaw.com |
| *Counsel for Heather Gump* | *Counsel for Dolgencorp, LLC* |